UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion and [Proposed] Order to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 13-0656 MMC**     Environmental Protection Information Center v. Ayers
**C 13-2293 TEH**     Environmental Protection Information Center v. Lehr

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

The parties are instructed that all future filings in the reassigned case are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned case will be rescheduled by the Court.  Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**:  June 17, 2013

_____
MAXINE M. CHESNEY
United States District Judge