1   KAMALA D. HARRIS
    Attorney General of California
2   ROBERT W. BYRNE
    Senior Assistant Attorney General
3   GAVIN G. MCCABE
    Supervising Deputy Attorney General
4   DANIEL S. HARRIS (SBN 157433)
    JONATHAN WIENER (SBN 265006)
5   MARC N. MELNICK (SBN 168187)
    Deputy Attorneys General
6    1515 Clay Street, 20th Floor
     P.O. Box 70550
7    Oakland, CA  94612-0550
     Telephone:  (510) 622-2133
8    Fax:  (510) 622-2270
     E-mail:  Marc.Melnick@doj.ca.gov
9   *Attorneys for Defendants Charlton H. Bonham and*
    *Stafford Lehr*

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15

16  **ENVIRONMENTAL PROTECTION**          Case No. C-13-02293-MMC-NJV
    **INFORMATION CENTER,**
                                          **STIPULATION AND [PROPOSED]**
17                            Plaintiff,  **ORDER CONTINUING CASE**
                                          **MANAGEMENT CONFERENCE**
18            v.
                                          Courtroom:    7
19                                        Judge:        Honorable M.M. Chesney
    **STAFFORD LEHR; CHARLTON H.**         Trial Date:   None Set
20  **BONHAM; S.M.R. JEWELL; MICHAEL L.**  Action Filed: May 20, 2013
    **CONNOR; DAVID MURILLO; U.S.**
21  **BUREAU OF RECLAMATION,**

22                           Defendants.

23

24

25

26        Plaintiff Environmental Protection Information Center, defendants Charlton H. Bonham

27  and Stafford Lehr ("State Defendants"), and defendants S.M.R. Jewell, Michael L. Connor, David

28  Murillo, and U.S. Bureau of Reclamation ("Federal Defendants") hereby stipulate to continue the

                                          1.

1  Case Management Conference currently set for July 19, 2013, at 10:30 a.m., for twenty eight (28)

2  days, for the following reasons.

3      The Case Management Conference in this case was originally set for August 16, 2013.

4  After the case was re-assigned to the Honorable Maxine M. Chesney, the Court re-set the Case

5  Management Conference for July 19, 2013, at 10:30 a.m.  Plaintiff filed an amended complaint on

6  June 14, 2013.  State Defendants' and Federal Defendants' time to respond to the amended

7  complaint runs on August 6, 2013, and August 9, 2013, respectively.  In addition, the Hoopa

8  Valley Tribe has indicated an interest in filing a motion to seek to intervene in the case.

9      Counsel for Defendants would benefit from more time to discuss the case with their clients,

10  so that they can fully and intelligently meet and confer with Plaintiff's counsel prior to the Case

11  Management Conference.

12      Therefore, Plaintiff, State Defendants, and Federal Defendants hereby stipulate to continue

13  the Case Management Conference currently set for July 19, 2013, at 10:30 a.m., until August 16,

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2.

1 | 2013, or another later date that is convenient for the Court.

2 |                             Respectfully submitted,

3 | Dated:  July 3, 2013             WESTERN ENVIRONMENTAL LAW CENTER

4

5 |                             /s/ Peter M.K. Frost

6 |                             PETER M.K. FROST, *pro hac vice*
                            *Attorneys for Plaintiff*

7

8 | Dated:  July 3, 2013             KAMALA D. HARRIS
                            Attorney General of California
                            ROBERT W. BYRNE

9 |                             Senior Assistant Attorney General
                            GAVIN G. MCCABE

10 |                             Supervising Deputy Attorney General
                            DANIEL S. HARRIS

11 |                             JONATHAN WIENER
                            Deputy Attorneys General

12

13 |                             /s/ Marc N. Melnick

14 |                             MARC N. MELNICK

15 |                             Deputy Attorney General
                            *Attorneys for State Defendants*

16

17 | Dated:  June 28, 2013            ROBERT G. DREHER
                            Acting Assistant Attorney General

18 |                             U.S. Department of Justice
                            Environment & Natural Resources Division

19 |                             SETH M. BARSKY, Chief
                            S. JAY GOVINDAN, Assistant Chief

20

21 |                             /s/ Ethan Carson Eddy

22 |                             ETHAN CARSON EDDY
                            *Attorneys for Federal Defendants*

23

24

25

26

27

28

1         PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management

2 Conference is continued from July 19, 2013, at 10:30 a.m., to August 16, 2013, at 10:30 a.m.  All

3 deadlines based on the July 19, 2013 date are likewise continued based on the new Case

4 Management Conference date.

5 DATED: July 3, 2013

6

7                                       _____

8                               MAXINE M. CHESNEY
                              United States District Judge

9 SF2013404685
  90327872.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP.] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (No. C-13-02293-MMC-NJV)