ROBERT G. DREHER
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 305-0202 (phone)
(202) 305-0275 (fax)
ethan.eddy@usdoj.gov

*Attorneys for Federal Defendants*

THE HONORABLE MAXINE M. CHESNEY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>STAFFORD LEHR, CHARLTON H. BONHAM, S.M.R. JEWELL, MICHAEL L. CONNOR, DAVID MURILLO, and U.S. BUREAU OF RECLAMATION,<br><br>    Defendants. | Case No.  3:13-cv-2293-MMC<br><br>**STIPULATION FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER** |

Plaintiff Environmental Protection Information Center, defendants Charlton H. Bonham and Stafford Lehr ("State Defendants"), and defendants S.M.R. Jewell, Michael L. Connor, David Murillo, and U.S. Bureau of Reclamation ("Federal Defendants") hereby stipulate and respectfully request of the Court an order permitting counsel for Plaintiff and counsel for Federal Defendants to

STIPULATION RE: TELEPHONIC APPEARANCE
AND [PROPOSED] ORDER                                          1                        Case No. 3:13-cv-2293-MMC

appear by telephone at the Case Management Conference currently set for August 16, 2013, at 10:30 a.m., for the following reasons.

The Court set a Telephonic Initial Case Management Conference for July 19, 2013 by Minute Order. *See* ECF No. 15. The parties subsequently stipulated to, and the Court ordered, an extension of this date to August 16, 2013. ECF No. 18. Counsel for Federal Defendants and for Plaintiff assumed that the continued date was likewise a telephonic appearance and contacted the Court's staff to confirm that, and Court staff instructed the parties to file motion or stipulation requesting permission to appear telephonically.

Counsel for Federal Defendants is located in Washington, DC and requests an order permitting him to appear telephonically to avoid incurring significant travel costs for the government. Counsel for Plaintiff is likewise located out-of-state (in Oregon) and likewise seeks to avoid incurring significant travel costs for his not-for-profit client.

Counsel for State Defendants would prefer to appear in person, but can appear telephonically as well if it is more convenient for the Court to have all parties appear by telephone.

Therefore, Plaintiff, State Defendants, and Federal Defendants hereby stipulate and request an order permitting counsel for Plaintiff and for Federal Defendants to appear telephonically at the Initial Case Management Conference on August 16, 2013, at 10:30 a.m.

Respectfully submitted this 14th day of August, 2013.

ROBERT G. DREHER
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief

　/s/ Ethan Carson Eddy
ETHAN CARSON EDDY
Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section

STIPULATION RE: TELEPHONIC APPEARANCE
AND [PROPOSED] ORDER　　　　　　　　2　　　　　　　Case No. 3:13-cv-2293-MMC

P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0202 (Phone); (202) 305-0275 (Fax)
ethan.eddy@usdoj.gov

*Attorneys for Federal Defendants*

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
GAVIN G. MCCABE
Supervising Deputy Attorney General
DANIEL S. HARRIS
JONATHAN WIENER
Deputy Attorneys General

  /s/ Marc N. Melnick (as authorized)
MARC N. MELNICK
Deputy Attorney General

*Attorneys for State Defendants*


  /s/ Peter M.K. Frost (as authorized)
Peter M.K. Frost, admitted *pro hac vice*
Western Environmental Law Center
1216 Lincoln St.
Eugene, OR 97401
frost@westernlaw.org
Tel: 541-359-3238
Fax: 541-485-2457

*Attorney for Plaintiff*


### E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that Marc Melnick and Peter Frost have concurred in the filing of this document.

  /s/ Ethan Carson Eddy
ETHAN CARSON EDDY
Counsel for Federal Defendants

STIPULATION RE: TELEPHONIC APPEARANCE
AND [PROPOSED] ORDER                            3                    Case No. 3:13-cv-2293-MMC

**[PROPOSED] ORDER**

The above STIPULATION TO ALLOW TELEPHONIC APPEARANCE is GRANTED. ~~Counsel for Plaintiff and for Federal Defendants shall be allowed to~~ With the exception that all counsel shall participate by telephone at the Initial Case Management Conference on August 16, 2013, at 10:30 a.m. Counsel shall be on stand-by to be called by the Court beginning at 10:30 a.m.

Dated: August 14, 2013

HON. MAXINE M. CHESNEY
United States District Judge