**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>                Plaintiff,<br><br>      v.<br><br>STAFFORD LEHR; CHARLTON H. BONHAM; S.M.R. JEWELL; MICHAEL L. CONNOR; DAVID MURILLO; U.S. BUREAU OF RECLAMATION,<br><br>                Defendants. | Case No. C-13-02293-MMC-NJV<br><br>[~~PROPOSED~~] ORDER GRANTING HOOPA VALLEY TRIBE'S MOTION TO INTERVENE AS A DEFENDANT |

THE COURT, having considered ~~the arguments of counsel and the files and records~~ Hoopa Valley Tribe's motion to intervene, as well as the statements of non-opposition filed by, respectively, plaintiff and the State Defendants, ~~herein~~, finds that the Hoopa Valley Tribe has a present legal interest in and relating to the transactions and matters that are the subject of this action and the Tribe is so situated that the disposition of this action may, as a practical matter, impair or impede its ability to protect that

interest.  The Court further finds that the Tribe's interests in this litigation are not adequately represented by the existing parties.

The Court also finds that the Tribe's defenses and the main action have questions of law and fact in common.  The intervention of the Tribe will not prejudice the adjudication of the rights of the other parties to this action and will not delay trial in this matter.

Accordingly, IT IS HEREBY ORDERED that the motion of the Hoopa Valley Indian Tribe shall be granted pursuant to Fed. R. Civ. P. 24.

SO ORDERED this  25th   day of ~~August, 2013.~~  September, 2013.

_____
Maxine M. Chesney, Judge
U.S. District Court for the Northern District of California

Presented by:

MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE


     /s/ Thomas P. Schlosser                                    
Thomas P. Schlosser
Attorneys for Defendant-Intervenor Hoopa Valley Tribe

T:\WPDOCS\0020\05543\EPICvLehr\Prop ORDER Intervene 080713.docx
kfn:8/7/13