United States District Court

For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7                          EUREKA DIVISION

8

9   ENVIRONMENTAL PROTECTION                No.  3:13-CV-02293 MMC (NJV)
    INFORMATION CENTER,
10                                           ORDER RE SETTLEMENT
              Plaintiff,                     CONFERENCE STATEMENTS
11
          v.
12
    STAFFORD LEHR, *et al.*,
13
              Defendants.
14   _____/

15       This case is set for a settlement conference on October 29, 2013.  (Doc. 44.)  All parties shall

16   lodge settlement conference statements with the court no later than 4:30 pm. on October 9, 2013.

17   IT IS SO ORDERED.

18

19   Dated: September 30, 2013
                                             _____
20                                           NANDOR J. VADAS
21                                           United States Magistrate Judge

22

23

24

25

26

27

28