IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, | No. C-13-2293 MMC |
| Plaintiff, | **ORDER STAYING ACTION** |
| v. | |
| STAFFORD LEHR, et al., | |
| Defendants. | |

In light of the parties' settlement, placed on the record December 10, 2013, the instant action is hereby STAYED, pending further order of the Court.

**IT IS SO ORDERED.**

Dated: December 12, 2013

MAXINE M. CHESNEY
United States District Judge